IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION
3:24-mc-3000-GCM

| | |
|---|---|
| TIGRESS SYDNEY ACUTE McDANIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUN PHARMACEUTICAL INDUSTRIES LTD., ) <br> SUN PHARMACEUTICAL INDUSTRIES, INC., ) <br> And SUN PHARMACEUTICAL MEDICARE ) <br> LIMITED, CVS PHARMACY, INC., and Does, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court upon a pre-filing review of a proposed Complaint submitted by this pro se Plaintiff. This Court imposed a pre-filing review system on this Plaintiff due to her history of abusive, frivolous, malicious, manipulative, and harassing litigation. (*See Tigress McDaniel v. Green Dot Corporation, et al.*, 3:23-cv-00021-GCM-DCK, Doc. No. 12).

The Court has reviewed the Complaint and its attachments. Based upon the Court's pre-screening, this Complaint does not appear to be frivolous on its face. Accordingly, this Complaint passes pre-filing review. **However, given Plaintiff's lengthy history of frivolous filings, the Plaintiff is strongly cautioned that the filing of frivolous motions or other bad faith conduct in this matter will result in the imposition of sanctions.**

IT IS THEREFORE ORDERED that the Clerk is directed to file the Complaint and Motion to proceed in forma pauperis. The medical records attached to the Complaint shall be

filed under seal. The Clerk is further directed to randomly assign this case through the judge assignment process.

Signed: September 9, 2024

Graham C. Mullen
United States District Judge